

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Ruben C. Gomez v. The State of Texas

Appellate case number:   01-18-00864-CR

Trial court case number:  1564007

Trial court:             351st District Court of Harris County

Appellant and the State have filed a joint motion to abate, seeking a remand to the trial court for preparation of findings of fact and conclusions of law regarding the denial of appellant's motion to suppress. The reporter's record contains the hearing and ruling on appellant's motion to suppress. Appellant requested findings and conclusions on the record after the trial court stated its rulings and the trial court agreed to prepare them, but none are included in the clerk's record.

The motion is **GRANTED**. The appeal is abated and the cause is remanded to the trial court for entry of written findings of fact and conclusions of law, separate and apart from any docket sheet notations in this case, in conjunction with the trial court's denial of appellant's motions to suppress. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (holding that trial court must provide findings of fact and conclusions of law adequate to provide appellate court with basis to review trial court's application of law to facts, either in writing or on record at hearing); *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987); TEX. R. APP. P. 44.4.

The trial court shall cause the filing of a supplemental clerk's record containing the findings of fact and conclusions of law **within 45 days of the date of this order**.

Appellant's amended brief, if he chooses to file one, will be **due 30 days after the supplemental clerk's record is filed in this Court**.

It is so ORDERED.


Judge's signature: ___Justice Peter Kelly_____
                        ☑ Acting individually     ☐ Acting for the Court


Date: _May 16, 2019_____